OPINION — AG — **** COUNTY OFFICERS SALARIES — ASSESSED VALUATION **** EVEN THOUGH THE FIRST NET ASSESSED VALUATION REPORTED BY THE COUNTY ASSESSOR EXCEEDED $10,000,000.00, WHEN A MISTAKE WAS LATER DISCOVERED WHICH REDUCED SUCH VALUATION BELOW SUCH FIGURE, THE COUNTY OFFICERS SALARIES MUST BE BASED UPON THE CORRECTED VALUATION WHICH WAS BELOW $10,000,000.00 CITE: 19 O.S. 1961 180.62 [19-180.62], 19 O.S. 1968 Supp., 180.64 [19-180.64](A) (W. J. MONROE)